IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ALLEN ADAMS,

    Petitioner,

  v.

LIZI TEGELS,

    Respondent.

Case No. 18-cv-982-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Paul Adams's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

| /s/ | 8/22/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |