UNITED STATES DISTRICT COURT
WESTERN DISTRICT WISCONSIN

Paul Adams,
    Petitioner

v.                              18CV982

Lizzi Tegal,
    Respondent.

## NOTICE OF APPEAL

On Aug 27, 2019 the Honorable Judge, James D. Peterson denyed in full, Adams petition for writ of habeas corpus.

Adams wishs to Appeal that decision to the 7th Circuit Court of Appeals.

The appeal is the denial of a writ of habeas corpus, from a state court conviction wherein the court used two prior unlawful convictions, where Adams was unrepresented, and did not waive his right(s) to counsel. These two uncounseled convictions were unconstitutionally used to in-hance the current sentence Adams is now imprisoned for.

Aug 29, 2019                            Paul Adams

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ALLEN ADAMS,

    Petitioner,

v.

                                                        Case No. 18-cv-982-jdp

LIZI TEGELS,

    Respondent.

---

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Paul Adams's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

    /s/                                                                             8/22/2019

Peter Oppeneer, Clerk of Court                                  Date