IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL ADAMS,

    Petitioner,

v.

LIZI TEGELS,

    Respondent.

ORDER

18-cv-982-jdp
App. No. 19-2709

On August 22, 2019, the court dismissed the habeas petition filed by petitioner Paul Adams pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 22). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by October 16, 2019, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than October 16, 2019, petitioner Paul Adams shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately February 22, 2019 through at least August 22, 2019. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or

show cause for failure to do so, then this appeal may be dismissed without further notice.

Entered this 25th day of September, 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge